(Post. 4/2/12)

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 3 0 2015

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

THOMAS J. BECKER, JR

*Plaintiff*
v.

COMMERCE RECOVERY AND CAPITAL
MANAGEMENT, LLC., and PAYMENT
MANAGEMENT SERVICES USA, LLC.

*Defendant*

Case No. 4:15-CV-392-JM

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THOMAS J. BECKER, JR

Date: June 24, 2015

_____
*Attorney's signature*

Larry P. Smith (Atty. No.: 6217162)
*Printed name and bar number*

SMITHMARCO, P.C., 205 North Michigan Ave.
*Address*

Suite 2940, Chicago, IL 60601
*Address2*

(312) 324-3532
*Telephone number*

lsmith@smithmarco.com
*Email Address*

## CERTIFICATE OF SERVICE

The appearance of Larry P. Smith shall be served upon Defendants at the time of service of the summons and complaint.

/s/   Larry P. Smith
Name: Larry P. Smith
Bar Number: 6217162
Attorney for: Plaintiff
Law Firm Name: SmithMarco, P.C.
Law Firm Address: 205 N. Michigan Ave., Suite 2940
City State ZIP: Chicago           IL   60601
Phone Number: 312-324-3532
Email Address: lsmith@smithmarco.com