**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

THOMAS J. BECKER, JR.    ) Case No.: 15-cv-00392
            )
  Plaintiff,      )
            )
vs.           )
            )
COMMERCE RECOVERY AND CAPITAL )
MANAGEMENT, LLC      )
PAYMENT MANAGEMENT SERVICES  )
USA, LLC         )
            )
  Defendants.     )

## DEFENDANT PAYMENT MANAGEMENT SERVICES USA, LLC'S ANSWER

Defendant Payment Management Services USA, LLC, by and through its attorneys, Lippes Mathias Wexler Friedman LLP, answering the Complaint, on information and belief:

1. The allegations in Paragraph 1 constitute conclusions of law, to which no response is required.  To the extent that a response is required, Defendant denies each and every allegation in Paragraph 1.

2. The allegations in Paragraph 2 constitute conclusions of law, to which no response is required.  To the extent that a response is required, Defendant denies each and every allegation in Paragraph 2.

3. The allegations in Paragraph 3 constitute conclusions of law, to which no response is required.  To the extent that a response is required, Defendant denies each and every allegation in Paragraph 3.

4. Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 4, and therefore denies same.

1

5.      Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 5, and therefore denies same.

6.      Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 6, and therefore denies same.

7.      Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 7, and therefore denies same.

8.      Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 8, and therefore denies same.

9.      Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 9, and therefore denies same.

10.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 10, and therefore denies same.

11.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 11, and therefore denies same.

12.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 12, and therefore denies same.

13.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 13, and therefore denies same.

14.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 14, and therefore denies same.

15.     Admitted in part and denied in part. Defendant Payment Management Services USA, LLC admits that its principal place of business is in the State of New York. However, the Defendant denies and every remaining allegation in Paragraph 15.

16.     Denies each and every allegation in Paragraph 16.

17.     Denies each and every allegation in Paragraph 17.

.     18.     Denies each and every allegation in Paragraph 18.

19.     Denies each and every allegation in Paragraph 19.

20.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 20, and therefore denies same.

21.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 21, and therefore denies same.

22.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 22, and therefore denies same.

23.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 23, and therefore denies same.

24.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 24, and therefore denies same.

25.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 25, and therefore denies same.

26.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 26, and therefore denies same.

27.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 27, and therefore denies same.

28.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 28, and therefore denies same.

29.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 29, and therefore denies same.

30.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 30, and therefore denies same.

31.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 31, and therefore denies same.

32.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 32, and therefore denies same.

33.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 33, and therefore denies same.

34.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 34, and therefore denies same.

35.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 35, and therefore denies same.

36.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 36, and therefore denies same.

37.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 37, and therefore denies same.

38.     With respect to Paragraph 38, Defendant repeats and realleges its answer to the allegations set forth in all of the foregoing Paragraphs as if same were fully set forth at Paragraph 38.

39.     Denies each and every allegation in Paragraph 39.

40.     Denies each and every allegation in Paragraph 40.

41.     Lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 41, and therefore denies same.

42.     Denies each and every allegation in Paragraph 42.

43.     Denies each and every allegation in Paragraph 43.

44.     Denies each and every allegation in Paragraph 44.

## FIRST AFFIRMATIVE DEFENSE

45.     The Complaint fails to state a claim upon which relief can be granted against the answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

46.     The claims alleged in the Complaint are barred by the statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

47.     Plaintiff failed to mitigate his damages.

## FOURTH AFFIRMATIVE DEFENSE

48.     Plaintiff's claims may be precluded, in whole or part, to the extent Plaintiff's damages, if any, were caused by Plaintiff's acts and/or omissions.

## FIFTH AFFIRMATIVE DEFENSE

49.     Plaintiff's claims may be precluded, in whole or part, to the extent Plaintiff's damages, if any, were caused by third-parties over whom Defendant had no control or authority.

## SIXTH AFFIRMATIVE DEFENSE

50.     Plaintiff's damages, if any, are speculative.

## SEVENTH AFFIRMATIVE DEFENSE

51.     To the extent Defendant's actions violated the law, such actions were the result of a bona fide error notwithstanding reasonable procedures designed to avoid such error(s).

## EIGHTH AFFIRMATIVE DEFENSE

52.     To the extent Defendant's actions violated the law, such actions were neither intentional, nor willful.

## NINTH AFFIRMATIVE DEFENSE

53.     Plaintiffs' claims are barred by release, waiver, unclean hands, laches, estoppel and/or res judicata.

## TENTH AFFIRMATIVE DEFENSE

54.     In the event that the Court determines that the Plaintiff commenced this action in bad faith, the Court should award the Defendant its attorneys' fees and reasonable costs pursuant to 15 U.S.C. §1692k(a)(3).

## ELEVENTH AFFIRMATIVE DEFENSE

55.     Defendant Payment Management Services USA, LLC is not a debt collector as defined in the Fair Debt Collection Practices Act codified at 15 U.S.C. § 1692, *et seq*. (the "FDCPA").

## TWELFTH AFFIRMATIVE DEFENSE

56.     Defendant Payment Management Services USA, LLC is not in the business of collection of debt.

WHEREFORE, Defendant Payment Management Services USA, LLC respectfully demands judgment against the Plaintiff dismissing the Complaint in its entirety together for such other, further or different relief, not inconsistent herewith, as may be just, equitable and proper, together with the costs and disbursements of this action.

DATED:        August 3, 2015

**LIPPES MATHIAS WEXLER FRIEDMAN LLP**

/s  Brendan H. Little
Brendan H. Little, Esq.
Attorneys for Defendant
Payment Management Services USA, LLC
665 Main Street, Suite 300
Buffalo, NY 14203
P: 716-853-5100
F: 716-853-5199
blittle@lippes.com

TO:    David M. Marco, Esq.
       SmithMarco,P.C.
       Attorneys for Plaintiff
       205 North Michigan Avenue, Suite 2940
       Chicago, IL 60601
       T: 312-546-6539
       F: 888-418-1277
       dmarco@smithmarco.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 3, 2015, I electronically filed the foregoing Answer via the CM/ECF system, which should then send notification of such filing to all counsel of record.

s/ Brendan H. Little
Brendan H. Little