(Post. 7/3/14)

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
Western Division

Thomas J Becker, Jr

Plaintiff

VS.              CASE NUMBER: 4:15-cv-00392-JM

Commerce Recovery and Capital Management LLC
Payment Management Services USA LLC

Defendant

## CLERK'S DEFAULT

The defendant (s) :   Commerce Recovery and Capital Management LLC
495 Commerce Drive, Suite 7
Amherst, NY 14228

was served on 7/15/2015, with a summons requiring an answer within 21 days from that date, and no answer or other responsive pleading has been filed.

Pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, default is herein entered against the defendant (s):

Commerce Recovery and Capital Management LLC
495 Commerce Drive, Suite 7
Amherst, NY 14228

James W. McCormack, Clerk

/s/ M. Zelhof
By Deputy Clerk