IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **THOMAS J. BECKER, JR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:15-cv-00392-JM** |
| v. | ) | |
| | ) | **Judge Moody** |
| **COMMERCE RECOVERY AND** | ) | **Magistrate Deere** |
| **CAPITAL MANAGEMENT, LLC.,** | ) | |
| **and PAYMENT MANAGEMENT** | ) | |
| **SERVICES USA, LLC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** January 28, 2016

| For Plaintiff | For Defendants |
|---|---|
| /s David M. Marco | /s with consent Brendan H. Little |
| SMITHMARCO, P.C. | Lippes Mathias Wexler Friedman LLP |
| 20 South Clark Street, Suite 2120 | 665 Main Street, Suite 300 |
| Chicago, IL 60603 | Buffalo NY 14203 |
| Telephone: (312) 546-6539 | Telephone: 716-218-7570 |
| Facsimile: (888) 418-1277 | Facsimile: 716-853-5199 |
| E-mail: dmarco@smithmarco.com | E-mail: blittle@lippes.com |

1